IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 3:14-CR-46 (CAR) |
| | : | |
| ERICKSON MEKO CAMPBELL, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | 18 U.S.C. § 924(a)(2) |
| | : | 18 U.S.C. § 2 |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession of a Firearm by a Convicted Felon)

That on or about December 12, 2013, in the Athens Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**ERICKSON MEKO CAMPBELL,**

having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly receive and possess a firearm which had previously been shipped and transported in interstate and foreign commerce, to wit: one High Point, model C-9, 9mm caliber pistol, serial number P1585705; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*[signature]*

TAMARA JARRETT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of August, AD 2014.

*[signature]*
Deputy Clerk

2