IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **ERICKSON MEKO CAMPBELL,** | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | No. 3:14-cr-00046-CAR-CHW-1 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## ORDER FOR BRIEFING

In January 2016, the Court issued judgment sentencing Erickson Meko Campbell to serve a twenty-eight-month term of imprisonment based on his plea of guilty to the charge of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(2). (Doc. 56). Campbell then appealed by raising a novel issue of Fourth Amendment jurisprudence, and at his request, the Court permitted Campbell to be released on post-conviction bond during the pendency of the appeal. (Doc. 59).

Campbell's case proceeded through panel and *en banc* review before the Eleventh Circuit Court of Appeals, which affirmed his conviction. Campbell then petitioned for review by the Supreme Court, which declined certiorari in October 2022. (Doc. 87). Appellate proceedings have thus concluded.

Now before the Court is Campbell's motion for the issuance of a writ of *audita querela*. (Doc. 88). Citing his employment and his care for an aging relative, factors that the Court previously considered, *see* (Doc. 71, pp. 3–4) (sentencing hearing), Campbell asks the Court to

1

modify his sentence by probating his twenty-eight month term of imprisonment. Campbell argues that conditions today "change[] the calculus under 18 U.S.C. § 3553(a)." (Doc. 88, p. 5).

In general, the writ of *audita querela* is available only "to fill in the gaps in the system of post-conviction relief." *United States v. Davis*, 352 F. App'x 314, 315 (11th Cir. 2009). *See also United States v. Holt*, 417 F.3d 1172, 1175 (11th Cir. 2005).

In light of Campbell's motion (Doc. 88), the Government is hereby **ORDERED to RESPOND** and to address, in particular, the following two points: (1) is the writ of *audita querela* available to Campbell, and if so (2) has Campbell demonstrated that issuance of the writ is appropriate. The Government's written response is due **within 21 days of the date of this Order**. Campbell's reply brief, should he desire to file one, is due **within 14 days after the Government files its response**.

**SO ORDERED**, this 22nd day of February, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge